**Motion Granted; Abatement Order filed October 31, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00765-CV**

_____

## MICROWAVE NETWORKS, INC., Appellant

**V.**

## ABC ASSEMBLY LLC, F/K/A NGI ELECTRONICS, LLC, Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733**

## ABATEMENT ORDER

On October 28, 2019, the parties notified this court that they have reached an agreement to settle the issues on appeal and requested that the appeal be abated for execution of the final settlement documents. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **November 12, 2019**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate

motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.